1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   DAVID MAURICE GOMEZ,                    CASE NO. 1:03-CV-6290-OWW-LJO-P

10                      Plaintiff,           ORDER GRANTING DEFENDANTS'
                                             MOTION FOR AN EXTENSION OF TIME TO
11       v.                                  FILE A MOTION FOR SUMMARY
                                             JUDGMENT
12   WARDEN A. K. SCRIBNER, et al.,
                                             (Doc. 42)
13                      Defendants.
     _____/
14

15          On June 8, 2005, defendants Scribner, Bailey, Saddi, German, Rocha, and Costello filed a

16   motion seeking an extension of time up to and including July 5, 2005, within which to file a motion

17   for summary judgment.  Defendants' request is GRANTED, and defendants' motion for summary

18   judgment is due on or before July 5, 2005.

19

20   IT IS SO ORDERED.

21   **Dated:    June 24, 2005**              _____/s/ Lawrence J. O'Neill_____
     b9ed48                                   UNITED STATES MAGISTRATE JUDGE
22

23
24
25
26
27
28