# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-CV-6290-OWW-LJO-P<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE MORE INFORMATION AS TO THE IDENTITY OF DEFENDANT LUNA WITHIN THIRTY DAYS<br><br>(Doc. 31) |

Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed October 21, 2003, against defendants Scribner, Bailey, Saddi, German, Rocha, and Costella for failing to protect plaintiff, in violation of the Eighth Amendment, and against defendants Bailey, Saddi, German, and Luna for acting with deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment. Defendants Scribner, Saddi, German, Rocha, Costello, and Bailey have waived service and have appeared in this action. However, the Marshal's previous attempt to locate and serve defendant Luna was unsuccessful.

The court will direct the Marshal to attempt service on defendant Luna one more time, contacting the Legal Affairs Division of CDC if necessary. However, before the court issues such an order, the court wishes plaintiff to confirm whether or not defendant Luna was a nurse at the time of the events in question. In addition, if plaintiff has any other information that can be used to identify defendant Luna, including but not limited to a medical record, plaintiff should submit that information to the court.

1

Accordingly, within **thirty (30) days** from the date of service of this order, plaintiff shall:

1. Notify the court in writing whether or not defendant Luna was a nurse at the time of the events in question; and

2. Submit any other information that can be used to identify defendant Luna, including but not limited to a medical record, if plaintiff has such information.

IT IS SO ORDERED.

Dated: **June 24, 2005**                                     /s/ Lawrence J. O'Neill
b9ed48                                                              UNITED STATES MAGISTRATE JUDGE