IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MAURICE GOMEZ,** | NO. CIV F-03-6290 OWW LJO P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| **v.** | |
| **WARDEN A.K. SCRIBNER, et al.,** | |
| Defendants. | |

Good cause appearing therefor, Defendants' request for a two week extension of time to and including July 19, 2005, to file their Motion for Summary Judgment, is granted.

IT IS SO ORDERED.

**Dated:    July 13, 2005**          _____/s/ Lawrence J. O'Neill_____
i0d3h8                              UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1