# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>  Defendants.<br>_____ / | CASE NO. 1:03-CV-6290-OWW-LJO-P<br><br>ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WITHIN FIVE DAYS WHY LATE FILED DECLARATIONS SHOULD NOT BE STRICKEN FROM THE RECORD<br><br>(Docs. 57 and 59) |

Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The deadline for filing pre-trial dispositive motions was July 19, 2005, and defendants filed a motion for summary judgment on that date. (Docs. 53, 55, 56.) On July 27, 2005, defendants filed the declaration of defendant Saddi in support of their motion, and on August 1, 2005, defendants filed the declaration of defendant Scribner in support of their motion. (Docs. 57, 59.) Neither late filed declaration was accompanied by either a request for leave to file the declaration late or a statement of explanation concerning the late filing of the declaration.

Defendants may not, after the filing of a motion, continue to supplement the motion without leave of court and without explanation. Once a motion is filed, the opposing party and the court need to be able to rely on the motion being complete within itself. A system in which any party may continue to supplement their filings without leave of court and without explanation would be unworkable.

///

///

Accordingly, defendants have **five (5) days** from the date of service of this order to show cause why the late filed declarations should not be stricken from the record.

IT IS SO ORDERED.

**Dated:     August 2, 2005**                    /s/ Lawrence J. O'Neill
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE