# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID MAURICE GOMEZ,

              Plaintiff,

    v.

WARDEN A. K. SCRIBNER, et al.,

              Defendants.

_____/

CASE NO. 1:03-CV-6290-OWW-LJO-P

ORDER DIRECTING UNITED STATES MARSHAL TO RE-ATTEMPT SERVICE WITHOUT PREPAYMENT OF COSTS

Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 16, 2004, the court directed the United States Marshal to initiate service of process on defendants Bailey and Luna.  (Doc. 29.)  The Marshal was unable to locate defendant Luna.  (Doc. 31.)  On June 27, 2005, the court ordered plaintiff to provide further information on defendant Luna.  (Doc. 48.)  Plaintiff filed a response on July 14, 2005.  (Doc. 54.)

The court and the Marshal have a statutory duty to service process on plaintiff's behalf, and the response given to the Marshal to date by the CDC is insufficient to allow the court to discharge this duty on the ground that defendant Luna cannot be located.  28 U.S.C. 1915(d); Fed. R. Civ. P. 4(c)(2).  For this reason, the court must direct the Marshal to re-attempt service on defendant Luna, using the additional information provided by plaintiff.  **If the institution is unable to locate this defendant, the Marshal shall contact the Legal Affairs Division and request the assistance of a special investigator.**

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1)      One completed and issued summons for <u>each</u> defendant to be served;

    (2)      One completed USM-285 form for <u>each</u> defendant to be served;

    (3)      One copy of the amended complaint filed on October 21, 2003 for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (4)      One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal; and

    (5)      One copy of the court's consent form for <u>each</u> defendant to be served;

2.      Within ten days from the date of this order, the United States Marshal is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

**NURSE LUNA**

3.      The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4.      The United States Marshal shall file the returned waiver of service, or the request for waiver if it is returned as undelivered, as soon as it is received.

5.      **In attempting to locate defendant, the Marshal is informed to utilize the following information:  Nurse Luna is female, possibly Hispanic, and was assigned to Unit 4A-2 Right at CSP-Corcoran on June 26, 2003.**

6.      **In attempting to locate defendant, if the institution is unable to provide assistance, the Marshal shall contact the Legal Affairs Division in Sacramento and request the assistance of a special investigator.**

7.      If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

    a.      Personally serve process and a copy of this order upon the defendant pursuant

1    to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and

2    shall command all necessary assistance from the California Department of

3    Corrections (CDC) to execute this order.  The United States Marshal shall

4    maintain the confidentiality of all information provided by the CDC pursuant

5    to this order.

6          b.  Within ten days after personal service is effected, the United States Marshal

7    shall file the return of service for the defendant, along with evidence of any

8    attempts to secure a waiver of service of process and of the costs

9    subsequently incurred in effecting service on said defendant.  Said costs shall

10   be enumerated on the USM-285 form and shall include the costs incurred by

11   the Marshal's office for photocopying additional copies of the summons and

12   complaint and for preparing new USM-285 forms, if required.  Costs of

13   service will be taxed against the personally served defendant in accordance

14   with the provisions of Fed. R. Civ. P. 4(d)(2).

15   8.  In the event that defendant makes an appearance in this action by filing an answer,

16   dispositive motion, or other pleading, the U.S. Marshals Service need not personally

17   serve defendant.

18   9.  In the event that defendant either waives service or is personally served, defendant

19   is required to reply to the complaint.  42 U.S.C. § 1997e(g)(2).

20

21   IT IS SO ORDERED.

22   **Dated:**    **September 9, 2005**                    **/s/ Lawrence J. O'Neill**
     b9ed48                                    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

3