# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-6290-OWW-LJO-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A THIRTY-DAY DEADLINE AND GRANTING PLAINTIFF'S REQUEST FOR A COPY OF A LOCAL RULE<br><br>(Doc. 69)<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF LOCAL RULE 78-230 |

　　　Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 16, 2005, plaintiff filed a motion seeking a court order setting a thirty-day deadline so that he may access the law library or in the alternative providing him with the Local Rules that may assist him in gaining access to the law library. Defendants did not file a response.

　　　The court cannot issue unnecessary orders setting deadlines to ensure that plaintiff may access the law library. Such an action would be improper. However, plaintiff's request is moot in any event, as the court, by separate order, provided plaintiff with thirty days in which to file a new opposition to defendants' motion for summary judgment.

　　　With respect to the Local Rules, the court will direct the Clerk's Office to provide plaintiff with a copy of Local Rule 78-230, which governs civil motions and is the rule that appears responsive to plaintiff's request. Local Rule 78-230(m) governs the timing for filing oppositions to

motions and replies to oppositions in this action. In the event that defendants file any motion or defendants file an opposition to any motion filed by plaintiff, it is this rule that governs the time in which plaintiff must respond.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for a court order setting a thirty-day deadline so that he may access the law library is DENIED;

2. Plaintiff's motion for a copy the Local Rule applicable to deadlines is GRANTED; and

3. The Clerk's Office shall send plaintiff a copy of Local Rule 78-230.

IT IS SO ORDERED.

Dated:   September 9, 2005              /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE