# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-CV-6290-OWW-LJO-P<br><br>ORDER STRIKING DECLARATION DUE TO LACK OF CERTIFICATE OF SERVICE STATING DECLARATION WAS SERVED ON DEFENDANTS' COUNSEL<br><br>(Doc. 77) |

On September 26, 2005, plaintiff filed a declaration. Each filing submitted to the court must be served on defendants' counsel and must include a certificate of service stating that the filing was served on defendants' counsel. Fed. R. Civ. P. 5; Local Rule 5-135; 1st Informational Order, filed October 10, 2003, ¶ 4. Plaintiff's declaration did not include the requisite certificate of service. Accordingly, it shall be stricken from the record. See 1st Info. Order, ¶ 4.

Further, pursuant to the court's order of September 12, 2005, plaintiff may file a new opposition to defendants' motion for summary judgment. As the court previously admonished defendants' counsel, parties may not supplement their filings piecemeal without court permission. If plaintiff intends to file a new opposition, any and all filings relating to the opposition, including declarations and other evidence, must be submitted together. If plaintiff does not intend to file a new opposition, but wants to add his declaration as evidence in support of his previously filed opposition, plaintiff must submit, with the declaration, a motion seeking leave to supplement his previously filed opposition.

///

Accordingly, plaintiff's declaration filed on September 26, 2005, is HEREBY STRICKEN from the record based on plaintiff's failure to attach a certificate of service stating that it was served on defendants' counsel.

IT IS SO ORDERED.

**Dated:     October 3, 2005**              /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES MAGISTRATE JUDGE