# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:03-CV-6290-OWW-LJO-P<br><br>ORDER STRIKING MOTION FOR APPOINTMENT OF COUNSEL DUE TO LACK OF CERTIFICATE OF SERVICE STATING MOTION WAS SERVED ON DEFENDANTS' COUNSEL<br><br>(Doc. 78) |

　　　On September 28, 2005, plaintiff filed a motion for the appointment of counsel. Each filing submitted to the court must be served on defendants' counsel and must include a certificate of service stating that the filing was served on defendants' counsel. Fed. R. Civ. P. 5; Local Rule 5-135; 1st Informational Order, filed October 10, 2003, ¶ 4. Plaintiff's motion did not include the requisite certificate of service.

　　　Accordingly, plaintiff's motion for the appointment of counsel, filed September 28, 2005, is HEREBY STRICKEN from the record based on plaintiff's failure to attach a certificate of service stating that it was served on defendants' counsel.

IT IS SO ORDERED.

**Dated:　October 4, 2005**　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1