1
2
3
4
5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ, | CASE NO. 1:03-CV-6290-OWW-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION WITH DECLARATION, AND DIRECTING DEFENDANTS TO FILE THEIR REPLY, IF ANY, WITHIN FIFTEEN DAYS |
| v. | |
| WARDEN A. K. SCRIBNER, et al., | |
| Defendants. | (Doc. 81) |

   Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 19, 2005, defendants Scribner, Rocha, Bailey, German, Costella, and Saddi ("defendants") filed a motion for summary judgment. (Docs. 55, 56.) Plaintiff filed an opposition on August 12, 2005. (Doc. 67.) On September 12, 2005, the court provided plaintiff with the opportunity to file a new opposition in light of the court's decision to consider late-filed declarations by defendants. (Doc. 73.) On October 20, 2005, plaintiff notified the court that he does not intend to file a new opposition, but moved the court for leave to file his declaration in support of the opposition. (Doc. 81.) The declaration was submitted along with the notice and motion. (Doc. 82.)

///
///
///
///
///

1

Plaintiff's motion for leave to supplement his opposition with his declaration is HEREBY GRANTED.  Defendants' reply, if any, to plaintiff's August 12 opposition and October 20 declaration is due within **fifteen (15) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:     November 16, 2005**                         /s/ Lawrence J. O'Neill
b9ed48                                        UNITED STATES MAGISTRATE JUDGE