# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-CV-6290-OWW-LJO-P<br><br>ORDER STRIKING MOTION FOR INJUNCTIVE RELIEF DUE TO LACK OF CERTIFICATE OF SERVICE STATING DECLARATION WAS SERVED ON DEFENDANTS' COUNSEL<br><br>(Doc. 71) |

On September 7, 2005, plaintiff filed a motion seeking preliminary injunctive relief. Each filing submitted to the court must be served on defendants' counsel and must include a certificate of service stating that the filing was served on defendants' counsel. Fed. R. Civ. P. 5; Local Rule 5-135; 1st Informational Order, filed October 10, 2003, ¶ 4. Plaintiff's motion did not include the requisite certificate of service. Accordingly, it is HEREBY ORDERED STRICKEN from the record. See 1st Info. Order, ¶ 4.

IT IS SO ORDERED.

**Dated:  December 2, 2005**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE

1