UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN A.K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-06290-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 87)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** (Doc. 55) |

    Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 15, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On December 30, 2005, plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 15, 2005, is ADOPTED IN FULL;

2. Defendants' motion for summary judgment, filed July 19, 2005, is GRANTED IN PART and DENIED IN PART as follows:

    a. Defendants' motion for summary adjudication on plaintiff's Eighth Amendment failure-to-protect claim against defendants Scribner, Rocha, and Costello is GRANTED;

    b. Defendants' motion for summary adjudication on plaintiff's Eighth Amendment failure-to-protect claim against defendants Saddi, Bailey, and German is DENIED; and

    c. Defendants' motion for summary adjudication on plaintiff's Eighth Amendment medical care claim against defendants Saddi, Bailey, and German is GRANTED; and

3. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   February 16, 2006**              /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

2