# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. 1:03-CV-06290-OWW-LJO-P<br><br>ORDER GRANTING DEFENDANT LUNA'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT<br><br>(Doc. 98-1) |

　　　On August 1, 2006, defendant Luna filed a motion seeking a thirty-day extension of time within which to file a response to plaintiff's amended complaint.[1]  Good cause having been shown, defendant Luna's request is GRANTED, and defendant Luna shall file a response to plaintiff's amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:　August 2, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's Eighth Amendment failure-to-protect claim against defendants Saddi, Bailey, and German is ready to be tried.  However, defendant Luna was only recently located by the United States Marshal, and waived service.

1