# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:03-CV-06290-OWW-LJO-P<br><br>NOTICE TO PARTIES REGARDING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 106) |

On November 29, 2006, defendants Saddi, German, Bailey, and Luna filed a motion to dismiss based on plaintiff's failure to exhaust. Fed. R. Civ. P. 12(b). Only defendant Luna may move for dismissal at this juncture, as the pretrial dispositive motion phase of this litigation is closed with respect to defendants Saddi, German, and Baily. Fed. R. Civ. P. 16(b); Docs. 53, 91, 104. Accordingly, the motion shall be treated as one by defendant Luna for dismissal of the claim against her on the ground that plaintiff failed to exhaust his claim against her.

IT IS SO ORDERED.

**Dated:   November 30, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                      UNITED STATES MAGISTRATE JUDGE