# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ, | CASE NO. 1:03-cv-06290-DLB PC |
| Plaintiff, | ORDER VACATING JURY TRIAL SET BEFORE JUDGE WANGER ON SEPTEMBER 11, 2007, AT 9:00 A.M. |
| v. | |
| SADDI, BAILEY, AND GERMAN, et al., | ORDER NOTIFYING PARTIES THAT A NEW TRIAL DATE WILL BE SELECTED AND THE ISSUE PLAINTIFF'S COMPETENCY WILL BE ADDRESSED AT THE HEARING SET FOR JULY 27, 2007, AT 2:00 P.M. |
| Defendants. | |

This matter is currently set for a telephonic trial confirmation hearing on July 27, 2007, at 2:00 p.m. before the undersigned, and jury trial before the Honorable Oliver W. Wanger on September 11, 2007, at 9:00 a.m.  Due to the reassignment of this action to the undersigned, jury trial before Judge Wanger is vacated.  The trial cannot be continued to the calendar of the undersigned due to a previously scheduled jury trial.  During the hearing, the Court will set a new trial date.

Also during the hearing, the Court will address the possible issue of plaintiff's incompetency, suggested in the letter filed on May 8, 2007.

Accordingly, it is HEREBY ORDERED that:

1. Jury trial set before the Honorable Oliver W. Wanger on September 11, 2007, at 9:00 a.m. is VACATED; and

///

///

1

2. During the hearing set for July 27, 2007, at 2:00 p.m. before the undersigned, a new trial date will be set and the possible issue of plaintiff's competency will be addressed.

IT IS SO ORDERED.

Dated:   **June 12, 2007**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE