IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID MAURICE GOMEZ,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**WARDEN A.K. SCRIBNER, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 1:03-cv-06290-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO VACATE HEARING SET FOR JULY 27, 2007, AND REQUIRING PARTIES TO FILE STATUS REPORTS IN THIRTY DAYS (Doc. 132)**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY ON LITIGATION COORDINATOR AT CSP-SACRAMENTO BY FACSIMILE, AND SERVE A COPY ON PLAINTIFF SVSP IN ADDITION TO CSP-SACRAMENTO**<br><br>**NEW HEARING DATE: SEPTEMBER 14, 2007 at 2:00 p.m.** |

　　　Good cause appearing, Defendants' request to vacate the telephonic hearing set for July 27, 2007, is GRANTED and the telephonic hearing is continued to **September 14, 2007 at**

1

1 | **2:00** p.m.  The parties SHALL SUBMIT status reports within **thirty (30) days** from the date of
2 | service of this order as to Plaintiff's current housing location.
3 |     The Clerk's Office SHALL serve a courtesy copy of this order on the Litigation
4 | Coordinator at CSP-Sacramento, and SHALL serve a copy on plaintiff at Salinas Valley State
5 | Prison in addition to CSP-Sacramento.

7 | IT IS SO ORDERED.
8 | **Dated:   July 23, 2007**             /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE