1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                       FRESNO DIVISION

11

12   **DAVID MAURICE GOMEZ,**                1:03-cv-06290-DLB (PC)

13                          Plaintiff,       **ORDER SETTING FURTHER
                                             TELEPHONIC STATUS
14            v.                             CONFERENCE**

15                                           **HEARING DATE:
     **WARDEN A.K. SCRIBNER, et al.,**       DECEMBER 14, 2007 at
16                                           1:00 P.M.**
                                Defendants.
17

18

19

20          Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in

21   this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's

22   amended complaint, filed October 21, 2003, against defendants Saddi, Bailey, and German

23   ("defendants") on plaintiff's Eighth Amendment failure-to-protect claim.  On September 14,

24   2007, the Court held a status conference to determine plaintiff's housing location for purposes of

25   setting a trial date.  Good cause appearing, a further telephonic status hearing is set for December

26   14, 2007 at 1:00 p.m. before the undersigned.  The parties shall file status reports 30 days prior

27   to the status conference.  Counsel for defendants shall arrange for plaintiff's participation in the

28   telephonic status conference.

                                              1

1     IT IS SO ORDERED.

2     Dated:     **September 14, 2007**                           /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28