IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID MAURICE GOMEZ,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**WARDEN A.K. SCRIBNER, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:03-cv-06290 DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR A FIVE DAY EXTENSION OF TIME TO FILE A STATUS REPORT**<br><br>(Document #138) |

Good cause appearing, IT IS ORDERED that Defendants' request for an extension of time to file a status report is granted *nunc pro tunc*. Defendants status report is now due November 19, 2007.


IT IS SO ORDERED.

　　**Dated:　November 19, 2007**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1