IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID MAURICE GOMEZ,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**WARDEN A.K. SCRIBNER, et al.,**<br><br>　　　　　　　　　　　Defendants. | 1:03-cv-06290-DLB (PC)<br><br>**ORDER SETTING FURTHER TELEPHONIC STATUS CONFERENCE**<br><br>**HEARING DATE: MARCH 14, 2008 at<br>1:30 P.M.** |

　　　　Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's amended complaint, filed October 21, 2003, against defendants Saddi, Bailey, and German ("defendants") on plaintiff's Eighth Amendment failure-to-protect claim.  On December 14, 2007, the Court held a status conference regarding the parties' readiness for trial.  Good cause appearing, a further telephonic status hearing is set for March 14, 2008 at 1:30 p.m. before the undersigned.  The parties shall file status reports 10 days prior to the status conference.  Counsel for defendants shall arrange for plaintiff's participation in the telephonic status conference.

1  IT IS SO ORDERED.

2  Dated:   **December 14, 2007**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE