IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID MAURICE GOMEZ,**<br><br>                                        Plaintiff,<br><br>          v.<br><br>**WARDEN A.K. SCRIBNER, et al.,**<br><br>                                        Defendants. | 1:03-cv-06290-DLB (PC)<br><br>**ORDER SETTING FURTHER TELEPHONIC STATUS CONFERENCE**<br><br>Telephonic Status Conference: June 20, 2008 at 10:00 A.M, in Courtroom 9 before Magistrate Judge Dennis L. Beck |

    Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's amended complaint, filed October 21, 2003, against defendants Saddi, Bailey, and German ("defendants") on plaintiff's Eighth Amendment failure-to-protect claim.  On April 11, 2008, the Court held a status conference regarding plaintiff's competency to proceed with this action.  Good cause appearing, a further telephonic status hearing is set for June 20, 2008 at 10:00 a.m. before the undersigned.  Defendants shall file a brief status report one week prior to the status conference.  Plaintiff is not required to file a status report.  Counsel for defendants shall arrange for plaintiff's participation in the telephonic status conference.

1

1  IT IS SO ORDERED.

2  Dated: **April 17, 2008**                          **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE