1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12   **DAVID MAURICE GOMEZ,**                    1:03cv06290 DLB (PC)

13                                Plaintiff,     **ORDER SETTING FURTHER
                                                 TELEPHONIC STATUS**
14          **v.**                               **CONFERENCE**

15                                               Telephonic Status Conference:
     **WARDEN A.K. SCRIBNER, et al.,**           October 24, 2008, at 11:00 A.M,
16                                               in Courtroom 9 before Magistrate
                                 Defendants.     Judge Dennis L. Beck
17

18

19

20          Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in this

21   civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's

22   amended complaint, filed October 21, 2003, against defendants Saddi, Bailey, and German

23   ("defendants") on plaintiff's Eighth Amendment failure-to-protect claim.

24      On June 20, 2008, the Court held a status conference regarding plaintiff's competency to

25   proceed with this action.  Good cause appearing, a further telephonic status hearing is set for

26   October 24, 2008, at 11:00 a.m. before the undersigned.

27

28

                                            1

1    Defendants shall file a brief status report one week prior to the status conference.  Plaintiff

2  is not required to file a status report.  Counsel for defendants shall arrange for plaintiff's

3  participation in the telephonic status conference.

4

5    IT IS SO ORDERED.

6    **Dated:    June 20, 2008**                              **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2