# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ, | CASE NO. 1:03-cv-06290-DLB PC |
| Plaintiff, | **ORDER ON MOTIONS TO EXTEND TIME** |
| v. | (Docs. 163, 164) |
| SADDI, et al., | **ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING AND TRIAL DATE** |
| Defendants. | |
| | Telephonic Trial Confirmation Hearing: February 20, 2009 at 10:00 a.m. in Courtroom 9 (DLB) |
| | Jury Trial: March 31, 2009 at 9:00 a.m. in Courtroom 9 (DLB) |

Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed October 21, 2003, against defendants Saddi, Bailey and German on plaintiff's Eighth Amendment failure-to-protect claim. (Doc. 4).

On October 29, 2008, the Court issued a Second Scheduling Order, setting the telephonic trial confirmation hearing and trial dates, and the deadlines for filing witness motions and pre-trial statements. Pursuant to the Court's order, Plaintiff was to file his pre-trial statement and motion for attendance of incarcerated witnesses no later than November 21, 2008. (Doc. 158).

**I.   Plaintiff's Motion to Extend Time**

On December 1, 2008, Plaintiff filed a request for an extension of time. (Doc. 163). Plaintiff states that he was recently transferred to the Mental Health Unit at Vacaville State Prison and was

apparently kept on suicide watch and without writing instruments until November 20, 2008. Plaintiff states that he did not receive the Court's order until November 22, 2008. Plaintiff requests an extension to time to comply with the deadlines set by the Court. Plaintiff also indicates that he is without his legal materials.

Good cause appearing, the Court shall grant plaintiff an extension of time. Plaintiff shall serve and file his pre-trial statement and motion for attendance of incarcerated witnesses no later than **January 12, 2009**. If plaintiff intends to call any unincarcerated witnesses who refuse to testify voluntarily, plaintiff must submit the money orders, as detailed in the Court's order dated October 27, 2008 at subsection 4, to the Court on or before **January 19, 2009.**

Counsel for defendants shall contact the Litigation Co-ordinator to inquire into Plaintiff's access to his legal materials.

**II.   Defendants' Motion for Relief**

Defendants have requested relief from filing their pre-trial statement until thirty days from the date that Plaintiff files his statement. (Doc. 164). Defendants state that they are unable to prepare their pre-trial statement until Plaintiff has filed his statement.

Good cause appearing, the Court shall extend the deadline for defendants' pre-trial statement. Defendants' pre-trial statement is now due no later than **February 2, 2009.**

**III.   Order Continuing Telephonic Trial Confirmation Hearing Date and Trial Date**

The Court shall continue both dates as follows:

1. The telephonic trial confirmation hearing, currently scheduled for December 12, 2008, is HEREBY CONTINUED to **February 20, 2009 at 10:00 a.m.;** and

2. The trial date is HEREBY CONTINUED to March 31, 2009 at 9:00 a.m.

Plaintiff shall notify the Court immediately in writing if the trial date will disrupt his pending criminal proceedings.

IT IS SO ORDERED.

Dated:   **December 8, 2008**              /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE