IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SADDI, et al.,<br><br>                    Defendants. | CASE NO. 1:03-cv-6290 DLB PC<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT WITNESS FEES<br><br>(Doc. 174) |

Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed October 21, 2003, against defendants Saddi, Bailey and German on Plaintiff's Eighth Amendment failure-to-protect claim.

On January 20, 2009, the Court issued an order providing the travel expenses plaintiff's unincarcerated witnesses, and extended the deadline for submitting the money orders to January 30, 2009. (Doc. 173). On January 29, 2009, Plaintiff filed a request for a two-week extension of time to submit his witness fees for witnesses Jane Kahn and Dr. Kim. (Doc. 174).

Good cause appearing, the court shall extend the time for the submission of witnesses fees. The money orders are to be submitted no later than **February 20, 2009.** This matter is set for trial commencing March 31, 2009 and Plaintiff is advised that if he does not timely submit his money orders, it may not be possible for the United States Marshal to serve the summons upon his witnesses in order

1 | to secure their attendance at trial.

4     IT IS SO ORDERED.

5     **Dated:**   **February 11, 2009**            /s/ **Dennis L. Beck**
6                                                  UNITED STATES MAGISTRATE JUDGE