IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SADDI, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-6290 DLB PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING; ORDER RESETTING TRIAL DATE<br><br>**Telephonic Trial Confirmation Hearing:** April 3, 2009 at 9:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck.<br><br>**Trial:** May 5, 2009 at 9:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck. |

Plaintiff David Maurice Gomez ("plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed October 21, 2003, against defendants Saddi, Bailey and German on Plaintiff's Eighth Amendment failure-to-protect claim. This matter is currently set for trial before the undersigned on March 31, 2009.

A telephonic trial confirmation hearing was held in this matter on February 20, 2009. Due to the unavailability of the parties' witness, the March 31, 2009 trial date is VACATED and the trial is RESET to **May 5, 2009 at 9:00 a.m.** The telephonic trial confirmation hearing is CONTINUED to **April 3, 2009 at 9:00 a.m.** Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at (559) 499-5670.

///

1 Plaintiff has advised that witnesses Mari Morsell and Gloria Morales will testify voluntarily. As discussed during the telephonic conference, Plaintiff's money orders for his unincarcerated witnesses who refuse to testify voluntarily are due no later than **March 16, 2009**. Plaintiff is advised that the money orders must be for the complete amount required for each witness.[1] As was discussed during the telephonic hearing, the Court cannot ensure that the United States Marshal will be able to effect service in order to secure a witness' attendance at trial if Plaintiff does not timely submit his money orders. The Court has previously extended the deadline for submission of the money orders, and given the fast-approaching trial date, no further extensions will be granted.

The parties are to exchange exhibits by **April 3, 2009**. Any motions in limine must be filed no later than **April 17, 2009.**

IT IS SO ORDERED.

Dated:   **February 24, 2009**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] As was previously explained to Plaintiff, for any witness located at California State Prison - Corcoran, the round trip mileage from Corcoran State Prison to Fresno is 105.8 miles. The mileage rate is $.585 per mile. Accordingly, plaintiff must submit a money order made payable to the witness in the amount of **$101.89** ($40 witness fee plus $61.89 mileage). (Doc. 173).