IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>A.K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.: 1:03-cv-6290 DLB PC<br><br>ORDER DIRECTING SERVICE OF SUBPOENA ON WITNESS **JANE KAHN** BY THE UNITED STATES MARSHAL WITHOUT PREPAYMEN T OF COSTS |

Plaintiff is proceeding pro se in this civil rights action. Plaintiff has submitted the required money orders made payable to the witness **JANE KAHN** being commanded to appear at trial. Because the address provided by Plaintiff for witness Jane Kahn, who is an attorney, is a post office box, the Court shall direct service upon this witness using her address as listed on the State Bar of California website. Accordingly, IT IS HEREBY ORDERED that:

    1.  The Clerk of the Court is directed to forward the following documents to the United States Marshal:

        (1)  One completed and issued subpoena to be served on **JANE KAHN**;

        (2)  One completed USM-285 form;

1

|   |   |   |
|---|---|---|
| (3) | One money order 08-969355025 in the amount of $358.45, made payable to **JANE KAHN;** |
| (4) | One money order in the amount of $40.00, made payable to **JANE KAHN**; and |
| (5) | One copy of this order for **JANE KAHN**, plus an extra copy for the Marshal. |

2. Within **ELEVEN** days from the date of this order, the United States Marshal is directed to serve the subpoena and money order on **JANE KAHN** in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure

3. The U.S. Marshal is directed to retain the subpoena in their file for future use.

4. The United States Marshal shall personally serve process and a copy of this order upon **JANE KAHN** pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

5. Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

Dated: **April 3, 2009**      /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE