# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MAURICE GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants. | Case No.: 1:03-cv-06290 DLB PC<br><br>ORDER RE MOTION TO BE PLACED ON SUICIDE WATCH<br><br>(Doc. 206) |

Plaintiff David Maurice Gomez ("plaintiff") is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's amended complaint, filed October 21, 2003, against defendants Saddi, Bailey and German for failure to protect, in violation of the Eighth Amendment.

On April 22, 2009, this Court issued an order vacating the trial date of May 5, 2009. (Doc. 203). Now pending before the Court is Plaintiff's motion, dated April 21, 2009 and filed April 27, 2009, regarding Plaintiff's housing while attending trial. (Doc. 206). Although Defendants have not yet filed a response to the motion, the Court shall address Plaintiff's concerns as there does not appear to be any harm to Defendants by the Court's ruling.

Plaintiff is currently incarcerated at Salinas Valley State Prison. Plaintiff states that due to his mental health status and abuses allegedly suffered while previously incarcerated at California State Prison - Corcoran ("CSP-Corcoran"), Plaintiff requests that he be housed in the mental health

1

1 | crisis unit on suicide watch when he is transferred to CSP - Corcoran to attend trial in this matter.

2 | It appears that at the time of filing the motion, Plaintiff had not yet received the Court's order vacating the trial date. The trial date of May 5, 2009 has been vacated. The order and writ of habeas corpus ad testificandum commanding the attendance of Plaintiff at trial has also been vacated by court order, a copy of which was sent to Salinas Valley State Prison. There is no indication that Plaintiff will be transferred to CSP-Corcoran.

Plaintiff may re-file his motion if and when this matter is reset for trial. Based on the foregoing, Plaintiff's motion, filed April 27, 2009, is disregarded as premature.

IT IS SO ORDERED.

Dated: **April 30, 2009**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE